■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MOORE, Appellant. [959 NYS2d 85]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Daniel P. Fitzgerald, J.), entered on or about September 24, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed. Concur—Saxe, J.P., Renwick, Freedman, Román and Gische, JJ.

■ In the Matter of NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Petitioners, v NEIGHBORHOOD YOUTH & FAMILY SERVICES, Respondent. [956 NYS2d 892]—

Application pursuant to Executive Law § 298 to enforce petitioner New York State Division of Human Rights' (DHR) order, dated October 15, 2008, which found that respondent had discriminated against petitioner Angel Rivera on the basis of his gender, and, among other things, directed respondent to pay Rivera back pay in the principal amount of $11,511.67 and compensatory damages for mental anguish and humiliation in the principal amount of $10,000 (transferred to this Court by order of the Supreme Court, Bronx County [Mark Friedlander, J.], entered September 29, 2011), unanimously granted, without costs.

DHR's findings are supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181 [1978]; *Matter of Bronx Cross County Med. Group v Lassen*, 233 AD2d 234, 235 [1st Dept 1996], *lv denied* 89 NY2d 813 [1997]). Respondent, which defaulted in this proceeding, obviously failed to rebut a prima facie showing that it had discriminated against Rivera on account of his gender (see *Matter of State Div. of Human Rights v ARC XVI Inwood, Inc.*, 17 AD3d 239 [1st Dept 2005]). The awards of back pay and compensatory damages are proper (see Executive Law § 297 [4] [c] [ii], [iii]; *Matter of Mize v State Div. of Human Rights*, 33 NY2d 53, 56 [1973]; *ARC XVI Inwood*, 17 AD3d at 239). Concur—Saxe, J.P., Renwick, Freedman, Román and Gische, JJ.